|   |   |   |
|---|---|---|
| TRUSTEE SERVICES OF CAROLINA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:13-CV-266-FL |
| | ) | |
| MICHAEL G. DARAGJATI, | ) | |
| | ) | |
| Defendant. | ) | |
| ----------------------------------------------------------- | | |
| | ) | |
| DEUTSCHE BANK NATIONAL | ) | |
| TRUST COMPANY, | ) | |
| | ) | |
| Movant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 8, 2014, and for the reasons set forth more specifically therein, that this matter is remanded to the General Court of Justice, Superior Court Division, Brunswick County, North Carolina.

**This Judgment Filed and Entered on April 8, 2014, and Copies To:**
Jason K. Purser (via CM/ECF Notice of Electronic Filing
Michael G. Daragjati (via U.S. Mail) 134 Main Street, Staten Island, NY 10307
The Honorable James MacCallum, Brunswick County Clerk of Superior Court
    (via U.S. mail) 310 Government Center Dr., NE, Unit # 1, Bolivia, NC 28422

April 8, 2014                      JULIE A. RICHARDS, CLERK
                                         /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk